PATRICK DUFFY, M.D., P.C. *v.* DEPARTMENT OF LABOR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 69 Conn. App. 903 (AC 21510), is denied.

*M. Leonard Caine III*, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided May 29, 2002

STATE OF CONNECTICUT *v.* ALBERTO NIEVES

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 96 (AC 21856), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided May 29, 2002

STATE OF CONNECTICUT *v.* DAVID N. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 167 (AC 22202), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided May 29, 2002